IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORDAN ROSENBERG, | No.   C-07-0037 MJJ |
|     Plaintiff, | **ORDER DISMISSING CASE** |
| v. | |
| CORNELL CORPORATION, INC., | |
|     Defendant. | |

    Plaintiff having failed to file a written response on an Order to Show Cause issued on April 5, 2007. The Court therefore DISMISSES this matter for failure to prosecute.

    The Clerk is directed to close the file and terminate any pending motions.

**IT IS SO ORDERED.**

Dated:   November 28, 2007

MARTIN J. JENKINS
United States District Judge